RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 1 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
_Atlanta_ **DIVISION**

Edward Cotton
(Print your full name)

Plaintiff *pro se*,

v.

Carl Eric Johnson, Inc.

_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:16-CV-0072**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    **X** ✓   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

_____ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____ Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.   Print your full name and mailing address below:

Name    Edward Cotton

Address    1005 Amhearst Oaks Drive

Lawrenceville GA. 30043

4.  Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name    Carl Eric Johnson, Inc.

Address    1725 Q MacLeod Drive

Lawrenceville, GA 30043

Name

Address

Name

Address

## Location and Time

5.  If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

6.   When did the alleged discrimination occur?  (State date or time period)

Lawrenceville GA.   Between April 2013 - June 2014

_____

_____

_____

## **Administrative Procedures**

7.   Did you file a charge of discrimination against defendant(s) with the EEOC or
     any other federal agency?        ✓ X  Yes            _____ No

     If you checked "Yes," attach a copy of the charge to this complaint.

8.   Have you received a Notice of Right-to-Sue letter from the EEOC?

     ✓ X  Yes          _____ No

     If you checked "Yes," attach a copy of that letter to this complaint and
     state the date on which you received that letter:
     _____Nov 5  2015_____

9.   If you are suing for **age discrimination**, check one of the following:

     _____      60 days or more have elapsed since I filed my charge of age
                discrimination with the EEOC

     _____      Less than 60 days have passed since I filed my charge of age
                discrimination with the EEOC

| **CHARGE OF DISCRIMINATION** | | AGENCY:<br>EEOC | CHARGE NUMBER |
|---|---|---|---|
| NAME<br>Mr. Edward Cotton | | HOME TELEPHONE | |
| STREET ADDRESS<br><s>255 Lakeview Road, Jackson GA 30233</s> *1005 Amhearst Oaks Dr Lawrenceville, GA 30043* | | | |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME**

| NAME<br>Carl Eric Johnson, Inc. | NUMBER OF EMPLOYEES | TELEPHONE NUMBER<br>678-377-3100 |
|---|---|---|
| STREET ADDRESS<br>1725 Macleod Drive, Lawrenceville GA 30043 | | COUNTY |
| NAME | | TELEPHONE NUMBER |
| STREET ADDRESS | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON: | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE    ☐ COLOR    √ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN | EARLIEST          LATEST<br>April 2013    June 3, 2014 |
| √ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

1. I am straight male.

2. I was hired by Respondent on or about April 26, 2013 in the position of fabricator.

3. At all relevant times my immediate supervisor was Harold Fisher, who held the job title _____.

4. From the beginning of my employment until I was terminated I was subjected to unwelcome sexual advances and harassment by Mr. Fisher. This harassment occurred with regularity during the entirety of my employment by Respondent, despite my clear statements to Mr. Fisher that his remarks were unwelcome and offensive to me.

5. Mr. Fisher's behavior was open and notorious and well known to Respondent's upper level management.

6. At first, Mr. Fisher's conduct included making humping gestures and stating that there was nothing wrong with having gay friends, with which I agreed, and so stated, as long gay advances were not made towards me. In mid-October 2013, Mr. Fisher put a large styrofoam penis in my welding hood,

which he thought was funny, but which I told him and he knew, upset me greatly. Mr. Fisher thereafter stepped up his harassment by suggesting to me that I should have gay oral sex. When I told him that homosexual behavior does not bother me as long as it is not requested of me, shortly thereafter he moved my work station where I was separated and isolated from the other work stations. This pattern continued in 2014 with Mr. Fisher telling me "I bet you would like it like that or in your mouth" referring to gay anal sex and oral sex. Mr. Fisher's remarks occurred day in and day out. When I continued to rebuff his remarks, Mr. Fisher continued to retaliate against me including by denying me assistance on projects which jeopardized my physical safety, by requiring me to perform menial and demeaning tasks in order to induce me to step out of line or to quit, and finally by firing me for an alleged dereliction which I did not do and which he and Respondent's senior management knew I did not do.

7. I was fired on June 3, 2014.

8. Based on the foregoing I charge the Respondent with unlawful sex discrimination  and retaliation in violation of  Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. §2000e *et seq.*

I declare under penalty of perjury that the above is true and correct.

_Edward Cotton_
Edward Cotton

_June 13 2014_
Date

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Edward Cotton**
**1005 Amhearst Oaks Dr.**
**Lawrenceville, GA 30043**

From: **Atlanta District Office**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2014-05026 | **Ralph E. Cooper,** Investigator | (404) 562-6903 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**NOV 0 5 2015**

Enclosures(s)

**Bernice Williams-Kimbrough,**
**District Director**

*(Date Mailed)*

cc:
**Carl E. Johnson**
**Owner**
**CARL ERIC JOHNSON, INC.**
**1725 Macleod Drive**
**Lawrenceville, GA 30043**

**Jean Simonoff Marx, Esq.**
**MARX & MARX**
**5555 Glenridge Connector**
**Suite 200**
**Atlanta, GA 30342**

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

10.  If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes        _____ No        __X__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11.  If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes        _____ No        __X__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## **Nature of the Case**

12.    The conduct complained about in this lawsuit involves (check only those that apply):

       \_\_\_\_\_        failure to hire me
       \_\_\_\_\_        failure to promote me
       \_\_\_\_\_        demotion
       \_\_\_\_\_        reduction in my wages
       \_\_\_\_\_        working under terms and conditions of employment that differed
                      from similarly situated employees
       X ✓           harassment
       X ✓           retaliation
       X ✓           termination of my employment
       \_\_\_\_\_        failure to accommodate my disability
       \_\_\_\_\_        other (please specify) _____

                      _____

13.    I believe that I was discriminated against because of (check only those that apply):

       \_\_\_\_\_        my race or color, which is _____
       \_\_\_\_\_        my religion, which is _____
       \_\_\_\_\_        my sex (gender), which is \_\_\_\_\_ male \_\_\_\_\_ female
       \_\_\_\_\_        my national origin, which is _____
       \_\_\_\_\_        my age  (my date of birth is _____ )
       \_\_\_\_\_        my disability or perceived disability, which is:

                      _____

       X ✓           my opposition to a practice of my employer that I believe violated
                      the federal anti-discrimination laws or my participation in an
                      EEOC investigation

       \_\_\_\_\_        other (please specify) _____

                      _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

START DATE: APRIL 26 2013

END DATE: JUNE 3 2014

When I started working at Cejco I worked directly 15 feet to the right of Harold Fisher (supervisor) in which things were going well, so I thought, from April up until the first part of September. Although I noticed thru that time that frequently, Harold would do little dances (in more of a humping type manor) with his hands on his hips or on the table everyone would just laugh and carry on thinking that he was just being silly. The first part of October when most of the large project that we all worked on together where done and there was more free time comments about homosexuality were being made, and Harold's response would be , that there's nothing wrong with that, or there nothing wrong with having gay friends, I agreed as well as everyone else. I made the comment that it didn't matter to me as long as it wasn't imposed on me.

Around mid-October I found a large penis made of a thick Styrofoam in my welding hood (which I found out that Harold made) and I question Harold about it and his response was well we just use it joking with one another. James, (coworker) had made testicles for it and they got to laughing even though I was still upset that I found it in my hood.

Days pasted and Harold taped it to the back of James motor bike in a position that looked like when sat on it was directed at his butt, so of course James was upset and when he questioned it Harold pointed to me as if I had done it. Which was also laughed away, so I had spoken with Sean (coworker) and asked him was Harold bisexual, his response was I don't know. Well suggestions were made that I should tape the penis to the back of Arial's (coworker) truck, at first I didn't want to do that but everyone was like oh that would be funny and he knows how we play, and yes I attempted to do so but Arial had seen what I was about to do so I didn't do it.

Around the end of October Harold had begun to start whistling at myself and other male coworkers and at that point I began to realize that the behavior was getting out of hand. At that point I stopped laughing at the jokes and even participating in the conversation regarding sexuality.

Around mid-November Harold had come to me saying that he had several gay friends and that they often offer to give him oral sex and that I (me) wouldn't know the difference in it from male or female. I told Harold that, that was between him and his friends and it doesn't bother that people are homosexual just as long as I'm not approached like that. Harold turned and walked away.

Around the end of November Harold had come to me, saying that he decided to move me to another work station on the other side of the warehouse and at that moment I didn't understand why because all of the work stations had the same equipment. O after moving my things over to the other side, Harold continued to whistle more frequently at me and making comments, you would never know until you try, (referring to oral sex from a man) but be careful what you ask for.

Around the first part of January, Harold started to make comment to me as I was working on projects bent over like,I bet you would like it like that or I bet you would like it in your mouth, and ooh baby,

(among other things like monkey which that comment was made in front of customers. In fact his exact words were look at my monkeys work.)And began to laugh, at that very moment I said man that's not cool; his reply was I'm the head bald monkey. So I called Harold to the side and told him that I did not appreciate his remarks and that I wasn't like that, I'm not gay nor am I bisexual and not to come at me that way.

Around mid-January Harold would come to me telling me you have to work on certain projects that clearly required more than one person due to the lifting, positioning of material and so forth, without question I would go to work on the project until I needed assistance, at which time I would ask for help, I could clearly see that others were walking around and talking but Harold would say no one was available.

Around the first part of February I realized something was going on, and I had come to Harold and said while other fabricators were just standing around and talking I could use some help, Harold's response was remember you like working alone. So I started going to the other employees myself requesting help because Harold would simply ignore my situation, which made Harold more upset. So Harold began to search for little things like wiping down units that have been on the shelves since I've been there, just to put the units back on the shelf. Other Coworkers like Jeff would tell me that these things have been here for years, at that point I realized Harold objective. I could not afford to lose my job, so I continued to build the majority of the large project by myself.

May 16th while building on a large structure I almost hurt myself trying to lift a plate alone, I decided that on Monday May 19th I would ask for a raise being that I was made to do all of the big projects by myself. So I had come to Harold and expressed that I would like a small pay increase, he had told me to take the matter up front because he had nothing to do with that nor does he want anything to do with it. At around 10am I had seen Crystal (part owner) and asked to speak with her when she gets a moment. I explained that I am being made to do a lot of the work alone and that I've been demonstrating the ability of several men, and I think I deserve a raise if I had to continue doing all of this alone. Crystal said that she would look into it and see what she could do.

May 20th Crystal had brought me and Harold into her office and said that she could not give me a raise at this time do to some mistakes that I had made on a project in May 2013 (there were several people, James, Sean, myself and including Harold who worked on the project) But the mistake was it started to rust several month after being on the customers job site. So I said ok and went back to work and continued as normal, because I knew bonus time was near and eventually I would be getting some form of raise.

I finished the current project that I was working on, and immediately given another large project. Days from finish this project,

Monday June 2nd Harold sent Sean to help me (which was unusual), I presented Sean the blue print and shown him what need to be done and we went back to work. Well Sean made mistakes and drilled a lot of hole in the wrong areas. So I and Sean went to Harold and Sean took responsibility for what he had done, Harold told me to fix the problem the best I could, and I did.

June 3rd By end of this day Harold had come to me and said that crystal needed to see me and him in her office,( I thought they reconsidered after I fixed the mistake) I was told that I was governing Sean's work, I should have been supervising his work and that the mistake was my fault and I'm responsible. Crystal said do to that this will be your last day and turn in your keys.

I feel as though I stopped Harolds Sexual Advances I was Retaliated upon and Put into a hostile situation

Edward Latta

6-13-2014

15.   Plaintiff _____ still works for defendant(s)
      __X__ no longer works for defendant(s) or was not hired

16.   If this is a disability-related claim, did defendant(s) deny a request for
      reasonable accommodation?   _____ Yes        _____ No

      If you checked "Yes," please explain: _____

      _____

      _____

      _____

      _____

17.   If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury
      trial.  Do you request a jury trial?   __O__ Yes   __O__ No
                                                          X

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above,
plaintiff prays that the Court grant the following relief (check any that apply):

__X__   Defendant(s) be directed to _Pay for Hardship_

        _____

__X__   Money damages (list amounts) _____

        _____

__X__   Costs and fees involved in litigating this case

_____   Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of
the Federal Rules of Civil Procedure for a full description of your obligation of good
faith in filing this Complaint and any motion or pleading in this Court, as well as the
sanctions that may be imposed by the Court when a litigant (whether plaintiff or
defendant) violates the provisions of Rule 11.  These sanctions may include an order
directing you to pay part or all of the reasonable attorney's fees and other expenses
incurred by the defendant(s).  Finally, if the defendant(s) is the prevailing party in this
lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal
Rule of Civil Procedure 54(d)(1).

Signed, this __8th__ day of __January__ , 20 __16__

_Edward Cotton_
(Signature of plaintiff *pro se*)

_Edward Cotton_
(Printed name of plaintiff *pro se*)

_1005 Amhearst Oaks Dr._
(street address)

_Lawrenceville, GA 30043_
(City, State, and zip code)

_ecotton71@yahoo.com_
(email address)

_404-665-6495_
(telephone number)