IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD COTTON,

    Plaintiff,

    v.

CARL ERIC JOHNSON, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-72-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 69] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion for Summary Judgment [Doc. 47]. The Magistrate Judge correctly applied the law to the facts in recommending that the Court allow the Plaintiff's sexual harassment and most of his retaliation claim to proceed. The Defendant's Objections to the Report and Recommendation, are almost entirely based upon characterization of the Plaintiff's testimony as inconsistent, lacking in credibility, and "self-serving." The Magistrate Judge correctly rejected the Defendant's plea that summary judgment be granted based upon weighing the evidence. The Court approves and adopts the Report and

Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 47] is GRANTED in part and DENIED in part.

SO ORDERED, this 20 day of March, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge